**Vacate and Affirm and Opinion Filed December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00560-CR

### PATRICK LEE BULLOCK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-81610-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Chief Justice Wright

Patrick Lee Bullock appeals following his convictions on four counts of sexual assault of a child. In a single issue, appellant contends the trial court erred in signing judgments of conviction for three counts of indecency with a child and one count of sexual performance by a child.

In an eight-count indictment, appellant was charged with four counts of sexual assault of a child (Counts I, II, III, and IV), three counts of indecency with a child (Counts V, VI, VII), and one count of sexual performance by a child (Count VIII). *See* TEX. PENAL CODE ANN. §§ 21.11(a), 22.011(a)(2), 43.25(b) (West 2011). At the plea hearing, the State abandoned

Counts V, VI, VII, and VIII in exchange for appellant's guilty pleas to Counts I through IV, and entered into no agreement with appellant as to punishment. Appellant waived a jury and pleaded guilty to Counts I through IV, and went "open" to the trial court for punishment. During the punishment hearing, the trial court heard testimony from several witnesses, including appellant. The trial court found appellant guilty of the four counts of sexual assault of a child and assessed punishment at fifteen years' imprisonment.

Appellant does not complain about the trial court's sexual assault convictions. In his sole issue, appellant asserts the trial court erred in signing judgments of conviction for Counts V, VI, VII, and VIII because the State abandoned those charges as part of an open plea agreement. The State did not file a brief in the appeal.

The record of the guilty plea hearing clearly shows the trial court accepted the State's abandonment of Counts V through VIII as a condition of appellant's guilty plea to Counts I through IV and the agreement to allow the court to assess punishment. No plea was entered on Counts V through VIII, no evidence was presented, and no findings of guilt were made. Thus, the trial court erred in entering judgments of conviction on Counts V through VIII. We sustain appellant's issue.

We vacate the trial court's judgments of conviction on Counts V through VIII. We affirm the trial court's judgment on Counts I through IV.

Do Not Publish
TEX. R. APP. P. 47
140560F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PATRICK LEE BULLOCK, Appellant

No. 05-14-00560-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 199th Judicial District Court of Collin County, Texas (Tr.Ct.No. 199-81610-2013).
Opinion delivered by Chief Justice Wright, Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, we **VACATE** the trial court's judgments for Counts V through VIII.

We **AFFIRM** the trial court's judgment for Counts I through IV.

Judgment entered December 3, 2015.